UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTITA CASTRO,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

**ORDER**

25-CV-7636 (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 17, 2025, the Social Security Administration's Office of General Counsel and the United States Attorney for the Southern District of New York were notified of the commencement of this action, and that the Electronic Certified Administrate Record was due by November 17, 2025.

From October 1, 2025 through November 12, 2025 (totaling 43 days) there was a lapse in funding to the United States Department of Justice. On October 2, 2025, Chief Judge Swain entered an Amended Standing Order tolling certain deadlines in civil cases where the Government is a party in light of the lapse in funding to the U.S. Department of Justice. *See In Re: Stay of Certain Civil Cases Pending the Restoration of Department of Justice Funding*, Case No. 25-MC-433, Dkt. No. 3. Although the Amended Standing Order refers specifically to civil cases in which the United States Attorney's Office for the Southern District of New York has appeared as counsel of record, this Court construes the Amended Standing

1

Order to apply equally to civil cases in which attorneys from other executive branch agencies are counsel of record.

Accordingly, the Commissioner's deadline to file the certified administrative record is hereby tolled consistent with the Amended Standing Order. The Electronic Certified Administrative Record is due by **December 30, 2025** (43 days after the original November 17, 2025 deadline).

**SO ORDERED.**

Dated: November 18, 2025
       New York, New York

Henry J. Ricardo
United States Magistrate Judge