UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTITA CASTRO,<br><br>               Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY.,<br><br>               Defendant. | 25 CIVIL 7636 (HJR)<br><br>**JUDGMENT** |

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Stipulation and Order dated May 27, 2026, the Commissioners decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings and a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**   New York, New York

       May 27, 2026                        **TAMMI M. HELLWIG**

                                              **Clerk of Court**

**BY:**

                                              **Deputy Clerk**